In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00074-CV**

_____

**IN RE COMMITMENT OF JERRY RICKY HANNAH**

**On Appeal from the 435th District Court**
**Montgomery County, Texas**
**Trial Cause No. 05-08-07799-CV**

**MEMORANDUM OPINION**

Appellant Jerry Ricky Hannah was civilly committed for sex offender treatment as a sexually violent predator. On February 20, 2019, Hannah filed a *pro se* notice of appeal, but did not identify an appealable order. We questioned our jurisdiction over this appeal, and Hannah filed a response, in which he requested an extension of time and asserted that the trial court has not provided him with a record of the proceeding of January 30, 2019. Hannah also filed a second response, in which he complains that he was denied appointed counsel, raises constitutional complaints, and asserts actual innocence of the underlying criminal offenses. Neither of Hannah's responses identified the nature of the proceeding or an appealable order.

1

Hannah has not identified a signed order by the trial court that is appealable at this time. Accordingly, the appeal is dismissed for lack of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on April 3, 2019
Opinion Delivered April 4, 2019

Before McKeithen, C.J., Horton and Johnson, JJ.